JOSEPH E. THOMAS (State Bar No. 101443)
jthomas@twtlaw.com
GRANT J. THOMAS (SBN 325011)
gthomas@twtlaw.com
**THOMAS WHITELAW & KOLEGRAFF LLP**
18101 Von Karman Avenue, Suite 230
Irvine, California 92612-7132
Telephone: (949) 679-6400
Facsimile: (949) 679-6405

Attorneys for Plaintiff Robert Nessler

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROBERT NESSLER, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> CHECKMATE, INC., a Delaware Corporation; VISHAL AGARWAL; an individual; DOES 1-10; inclusive. <br><br> Defendants. | CASE NO.: 2:26-cv-00767 <br><br> **NOTICE OF RELATED CASE** <br><br> **DEMAND FOR JURY TRIAL** |

Pursuant to Local Rule 83-1.3, the undersigned party hereby files this Notice of Related Case.

## I. PRESENT CASE

**Case Name:** Robert Nessler vs. Checkmate, Inc., et al.

**Case Number:** 2:26-cv-00767

## II. RELATED CASE

**Case Name:** Arjun Vasan v. Checkmate.com, Inc.

**Case Number**: 2:26-cv-00767

**Judge Assigned:** Maame Ewusi-Mensah Frimpong presiding

Alka Sagar, referral

**Courtroom:** 8B

## III. BASIS FOR RELATIONSHIP

The present case is related to the above-referenced case because (check all that apply):

☒ The cases arise from the same or substantially identical transaction, happening, or event.

☒ The cases involve the same or substantially identical parties and/or property.

☒ The cases involve substantially identical claims, defenses, or issues of law or fact.

## IV. EXPLANATION OF RELATIONSHIP

This action arises from the same "aquihire" transaction and course of conduct at issue in the related case. In both matters, Defendants allegedly induced Plaintiff and his cofounders to abandon their independent startup, surrender proprietary work product, and commit exclusively to Defendant Checkmate based on inflated valuation representations, promised job security, and assurances of fair

partnership. Both cases further concern Defendants' subsequent repudiation of core obligations, use of indemnification threats as leverage, and retaliatory conduct following Plaintiff's support of related litigation challenging Defendants' misstatements. Plaintiff Nessler's claims arise in part from retaliation for declarations submitted in the cases brought and defended by Arjun Vasan in this district and in the Southern District of New York.

As a result, the cases involve substantially identical parties, overlapping factual allegations, common legal issues, and will require many of the same witnesses and evidence.

## V.  CERTIFICATION

The undersigned certifies that the above-referenced cases are related within the meaning of Central District of California Local Rule 83-1.3 and that this Notice if filed in good faith.

DATED: January 27, 2026          THOMAS WHITELAW & KOLEGRAFF LLP

                                 By:   /s/ Joseph E. Thomas
                                       JOSEPH E. THOMAS
                                       GRANT J. THOMAS
                                       Attorneys for Plaintiff