| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>JOSEPH E. THOMAS (State Bar No. 101443)<br>jthomas@twtlaw.com<br>GRANT J. THOMAS (SBN 325011)<br>gthomas@twtlaw.com<br>THOMAS WHITELAW & KOLEGRAFF LLP<br>18101 Von Karman Avenue, Suite 230<br>Irvine, California 92612-7132<br>Telephone: (949) 679 6400<br>ATTORNEY(S) FOR: Plaintiff | |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Robert Nessler, an individual<br><br>Plaintiff(s),<br>v.<br>CHECKMATE, INC., a Delaware Corporation; VISHAL AGARWAL; an individual; DOES 1-10; inclusive.<br><br>Defendant(s) | CASE NUMBER:<br>2:26-cv-00767-JAK-MBK<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Plaintiff Robert Nessler_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Plaintiff Robert Nessler | None |

| | |
|---|---|
| 1/28/2026<br>Date | s/ Joseph E. Thomas<br>Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiff Robert Nessler