BARRIENTOS PC
J. Alejandro Barrientos, SBN 346676
Alejandro@bts.law
145 S. Fairfax Avenue, Suite 200-152
Los Angeles, CA 90036
T. 626.551.4564
F. 626.427.6753

Attorney for Defendant
CHECKMATE.COM, INC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ROBERT NESSLER,

                Plaintiff,

     v.

CHECKMATE.COM, INC.;
VISHAL AGARWAL; DOES 1-10,

                Defendants.

Case No. 2:26-cv-00767-MEMF

STIPULATION TO EXTEND TIME FOR DEFENDANT CHECKMATE.COM., INC. TO RESPOND TO FIRST AMENDED COMPLAINT; PROPOSED ORDER

1

Plaintiff Robert Nessler and defendant Checkmate.com, Inc. ("Checkmate"), through their respective undersigned counsel, stipulate as follows:

1.  Plaintiff filed his Complaint on January 26, 2026.

2.  Plaintiff provided Checkmate's previous counsel with a copy of the Complaint on January 26, 2026. Plaintiff requested Checkmate's previous counsel accept service on behalf of their client in person and via email. No response was ever given.

3.  Plaintiff filed a First Amended Complaint ("FAC") on February 13, 2026. Plaintiff served Checkmate with the FAC on or about March 3, 2026.

4.  On March 18, 2026 Defendants requested an extension to file a "responsive pleading".

5.  On March 18, 2026 Plaintiff agreed to stipulate to allow Defendants to file a responsive pleading as requested within 14 days, extending the filing deadline from March 24, 2026, to April 7, 2026.

6.  On March 23, 2026 Plaintiff and Checkmate conferred regarding the orderly progress and potential disposition of this matter, as well as potential coordination of this matter with the matter of *Vasan v. Checkmate.com, Inc.*, 2:25-cv-00765 (C.D. Cal.).

7.  As part of their discussions, counsel for Checkmate explained that they first became aware of the service of the first amended complaint on or about Sunday, March 15, 2026. For the first time, Defendants requested leave to file a Cross-Complaint in addition to the already granted time for leave to file a responsive pleading. This request was refused by

1

Plaintiff because Plaintiff does not believe there is any good faith basis for the assertion of any counter-claims. [1]

It is so stipulated.

DATED: March 24, 2026          BARRIENTOS PC

                               */s/ J. Alejandro Barrientos*[2]
                               J. Alejandro Barrientos
                               Attorney for Defendant,
                               Checkmate.com, Inc.

DATED: March 24, 2026          THOMAS WHITELAW AND
                               KOLEGRAFF LLP

                               */s/ with email authorization*
                               Joseph E Thomas
                               Grant Joseph Thomas
                               Attorneys for Plaintiff,
                               Robert Nessler

---

[1] Checkmate intends to submit a separate filing regarding counterclaims.

[2] Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

2