UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ROBERT NESSLER,

            Plaintiff,

    v.

CHECKMATE.COM, INC.;
VISHAL AGARWAL; DOES 1-10,

            Defendants.

Case No. 2:26-cv-00767-MEMF

[PROPOSED] ORDER ON EX PARTE APPLICTION TO EXTEND TIME FOR DEFENDANT CHECKMATE.COM., INC. TO FILE COUNTERCLAIMS

//

//

//

1

Good cause having been shown, Defendant Checkmate.com, Inc.'s application to extend its deadline to file counterclaims to April 7, 2026, is granted.

Dated: _____

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge

Or

Good cause not having been shown, Defendant Checkmate.com, Inc.'s application to extend its deadline to file counterclaims to April 7, 2026, is denied.

Dated: _____

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge

1