EXHIBIT A

 **Outlook**

---

[Draft] **Fw: Nessler Complaint - Filed Version**

---

**From**       tmendiola@twtlaw.com

**Draft saved** Wed 3/25/2026 9:18 AM

🔗 5 attachments (5 MB)

1, Complaint.pdf; 1-1, Exhibit A.pdf; 1-2, Exhibit B.pdf; 1-3, Civil Cover Sheet.pdf; Request for Waiver of Service of Summons.pdf;

---

**From:** Grant Thomas <gthomas@twtlaw.com>
**Sent:** Monday, January 26, 2026 5:54 PM
**To:** Keech, Ryan Q. <ryan.keech@klgates.com>; Makitalo, Rebecca I. <rebecca.makitalo@klgates.com>
**Subject:** Fw: Nessler Complaint - Filed Version

Hello Rebecca,

Please see attached.

Best,
Grant

---

**From:** Tierra Mendiola <tmendiola@twtlaw.com>
**Sent:** Monday, January 26, 2026 11:37:42 AM
**To:** Grant Thomas <gthomas@twtlaw.com>
**Cc:** Joe Thomas <jthomas@twtlaw.com>
**Subject:** Nessler Complaint - Filed Version

Grant,
Attached are the Complaint documents filed today along with the Request for Waiver of Service of Summons.



**Tierra Mendiola**
**Senior Paralegal**
18101 Von Karman Avenue , Suite 230
Irvine, CA  92612
    949.679.6400
         949.679.6405
         tmendiola@twtlaw.com
         www.twtlaw.com