EXHIBIT B

Checkmate Raises $10 Million in Series B Funding Led by Tiger Global to Scale the Adoption of its Restaurant Voice AI and Kiosk Solutions:
https://www.prweb.com/releases/checkmate-raises-10-million-in-series-b-funding-led-by-tiger-global-to-scale-the-adoption-of-its-restaurant-voice-ai-and-kiosk-solutions-302282963.html

**We value your privacy**

We use cookies to personalize content and ads, to provide social media features and to analyse our traffic. We also share information about your use of our site with our social media, advertising and analytics partners.
**Cookie Policy**.

**Manage Preferences**        **Accept All**

# Checkmate Raises $10 Million in Series B Funding Led by Tiger Global to Scale the Adoption of its Restaurant Voice AI and Kiosk Solutions

NEWS PROVIDED BY

**Checkmate**
Oct 23, 2024, 09:00 ET



Powerful ordering solutions for busy restaurants

Investment signals rapid growth in AI-powered ordering and self-service technology, fueling the next wave of restaurant innovation

NEW YORK, Oct. 23, 2024 /PRNewswire-PRWeb/ -- **Checkmate**, a leading provider of unified ordering solutions for enterprise restaurants, today announced that it secured $10 million in Series B funding, led by **Tiger Global**. The round will enable Checkmate to accelerate the adoption of its voice AI and kiosk technologies across the industry and deliver the custom experience brands need. Checkmate has already developed world-class expertise in integrating digital orders into restaurant point-of-sale (POS) systems. This foundation serves as a critical advantage in entering these new business segments.

Checkmate offers best-in-class **phone ordering and drive-thru AI** solutions to some of the country's largest brands, all seamlessly integrated with their POS. The core business is profitable, and this additional round was raised primarily to bring these breakthrough technologies to mid-market and enterprise brands.

**We value your privacy**

We use cookies to personalize content and ads, to provide social media features and to analyse our traffic. We also share information about your use of our site with our social media, advertising and analytics partners.

**Cookie Policy**.

"With this investment, we're doubling down on our development of the technologies that are helping restaurants scale their operations, grow digital revenue, and improve efficiency," said Vishal Agarwal, Founder and CEO of Checkmate. "We are at the forefront of bringing voice AI to the restaurant space, given our existing network of customers and POS integrations. With Tiger Global's support, we will continue leading the charge in transforming the restaurant experience."

Securing Checkmate's Series B round underscores the company's ability to provide

technology to restaurant brands at scale efficiently. With restaurant brands under pressure to meet the demands of digital-savvy customers, Checkmate empowers enterprises to launch unique ordering experiences, recapture lost revenue, and stay ahead of market trends. The company's solutions offer an unparalleled level of customization and adaptability, ensuring restaurants are prepared for whatever the future holds.

About Checkmate

Checkmate empowers enterprise restaurant brands with powerful ordering solutions and hands-on support. The brand's scalable technology enables restaurants to drive sales across channels, including custom websites, apps, kiosks, catering, third-party marketplaces, voice AI and more. With seamless integrations, smarter analytics, and 24/7 service, Checkmate helps brands conquer their digital goals. Restaurants can launch unique ordering experiences, centrally manage menus, recapture revenue, leverage customer data, and continually adapt with new integrations. Regardless of how you want to grow, Checkmate has the tools and guidance to power, manage, and evolve your digital business. Learn more at **itsacheckmate.com**.

About Tiger Global

Founded in 2001, **Tiger Global Management, LLC** ("Tiger Global") is a New York-based investment firm pursuing a long-term approach to investing in leading, global public and private companies that leverage technological innovation. Tiger Global's public equity business includes fundamentally oriented long/short, long-focused and crossover strategies, targeting investments in high-quality, public growth companies. The private equity business invests in early through late stage companies that pursue innovative approaches to new and existing industries, building on over 20 years of experience investing in hundreds of businesses in more than 30 countries with more than 90 portfolio company IPOs. With a strong track record investing across sectors and stages, Tiger Global aims to be a thought partner to companies and their management teams across their lifecycle in public and private markets. The Firm's mission is to generate world-class returns for its investors and to do so in a way that makes its employees, partners and portfolio companies proud.

**Media Contact**

Betsy DeMik, Champion, 1 (972) 930-9933, **bdemik@championmgt.com**, **https://championmgt.com**

SOURCE Checkmate

We use cookies to personalize content and ads, to provide social media features and to analyse our traffic. We also share information about your use of our site with our social media, advertising and analytics partners.

**Cookie Policy**