UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT NESSLER, | Case No. 2:26-cv-00767-MEMF |
| Plaintiff, | ORDER ON STIPULATION TO EXTEND TIME FOR DEFENDANT CHECKMATE.COM., INC. TO RESPOND TO FIRST AMENDED COMPLAINT |
| v. | |
| CHECKMATE.COM, INC.; VISHAL AGARWAL; DOES 1-10, | |
| Defendants. | |

//

//

//

1

Good cause having been shown, the stipulation to extend time for defendant Checkmate.com, Inc., to answer the first amended complaint is granted. Defendant Checkmate.com, Inc.'s deadline to answer the first amended complaint is April 7, 2026. This order does not extend time for defendant Checkmate.com, Inc. to assert any counterclaims.

Dated:  March 27, 2026

_____

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge

Or

Good cause not having been shown, the stipulation to extend time for defendant Checkmate.com, Inc., to answer the first amended complaint is denied.

Dated:                                _____

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge

1