| Attorney or Party without Attorney:<br>JOSEPH E. THOMAS, ESQ. (SBN 101443)<br>THOMAS WHITELAW & KOLEGRAFF LLP<br>18101 VON KARMAN AVENUE, SUITE 230<br>IRVINE, CA 92612<br>Telephone No:   949-679-6400 | For Court Use Only |
|---|---|
| Attorney For:   Plaintiff    Ref. No. or File No.:<br>NESSLER V CHECKMATE.COM | |

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

Plaintiff:   ROBERT NESSLER, an individual
Defendant:   CHECKMATE,COM INC., a Delaware Corporation, et al.

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:26-cv-00767 |
|---|---|---|---|---|

1.  At the time of service I was at least 18 years of age and not a party to this action.

2.  I served copies of the Summons in a Civil Action; First Amended Complaint; Civil Cover Sheet; Order Re Transfer (Related Cases); Exhibits A & B

3.  a.  Party served:   CHECKMATE,COM INC., a Delaware Corporation
    b.  Person served:   Shawn Ellis, Person Authorized to Accept Service for COGENCY GLOBAL INC., Agent for Service of Process / Served under F.R.C.P. Rule 4.

4.  Address where the party was served:   850 New Burton Road, Suite 201, Dover, DE 19904

5.  I served the party:
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue, Mar 03 2026 (2) at: 10:48 AM

6.  **Person Who Served Papers:**
    a. Tina Irizarry
    b. FIRST LEGAL
      600 W. Santa Ana Blvd., Ste. 101
      SANTA ANA, CA 92701
    c. (714) 541-1110

    d. *The Fee for Service was:* $354.80

7.  *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

03|20|2026
(Date)

(Signature)



PROOF OF
SERVICE

*15340930*
*(14190514)*