| Attorney or Party without Attorney:<br>JOSEPH E. THOMAS, ESQ. (SBN 101443)<br>THOMAS WHITELAW & KOLEGRAFF LLP<br>18101 VON KARMAN AVENUE, SUITE 230<br>IRVINE, CA 92612<br>   Telephone No:   949-679-6400<br><br>   Attorney For:   Plaintiff | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.:<br>NESSLER V CHECKMATE.COM | |

| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| *Plaintiff:*   ROBERT NESSLER, an individual<br>*Defendant:*   CHECKMATE,COM INC., a Delaware Corporation, et al. | |

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:26-cv-00767-MEMF-ASx |
|---|---|---|---|---|

1.   *At the time of service I was at least 18 years of age and not a party to this action.*

2.   I served copies of the Summons in a Civil Action; First Amended Complaint; Exhibits A & B; Civil Cover Sheet; Order Re Transfer (Related Cases)

3.   *a.   Party served:*   VISHAL AGARWAL; an individual

4.   *Address where the party was served:*   1113 York Avenue, #36E, New York, NY 10065

5.   *I served the party:*
a. **by substituted service.**   On: Wed, Apr 01 2026 at: 09:38 AM by leaving the copies with or in the presence of:
"Jane Doe", Wife (Asian American; Female; Age: 36-50; Weight: 131-160; Height: 5'6"; Hair: Black)

(1)   [X]   **(Residence or Usual Place of Abode)** a person of suitable age and discretion who resides there.
(2)   [ ]   **(Company)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
(3)   [X]   **(Declaration of Mailing)** is attached.
(4)   [ ]   **(Declaration of Diligence)** attached stating actions taken first to attempt personal service.



| Attorney or Party without Attorney:<br>JOSEPH E. THOMAS, ESQ. (SBN 101443)<br>THOMAS WHITELAW & KOLEGRAFF LLP<br>18101 VON KARMAN AVENUE, SUITE 230<br>IRVINE, CA 92612<br>Telephone No:   949-679-6400 | | **For Court Use Only** |
|---|---|---|
| Attorney For:   Plaintiff | Ref. No. or File No.:<br>NESSLER V CHECKMATE.COM | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA | | |
| Plaintiff:   ROBERT NESSLER, an individual<br>Defendant:   CHECKMATE,COM INC., a Delaware Corporation, et al. | | |

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:26-cv-00767-MEMF-ASx |
|---|---|---|---|---|

6. *Person Who Served Papers:*

   a. Raed Ibrahim (1326602-DCA)

   **b. FIRST LEGAL**

     600 W. Santa Ana Blvd., Ste. 101

     SANTA ANA, CA 92701

   c. (714) 541-1110

   **d.** *The Fee* for Service was: $255.81

   **e.** I am: A Registered California Process Server

7.   *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

04/02/2026

*(Date)*

*(Signature)*



| Attorney or Party without Attorney:<br>JOSEPH E. THOMAS, ESQ. (SBN 101443)<br>THOMAS WHITELAW & KOLEGRAFF LLP<br>18101 VON KARMAN AVENUE, SUITE 230<br>IRVINE, CA 92612<br>Telephone No:  949-679-6400 | | For Court Use Only |
|---|---|---|
| Attorney For:  Plaintiff | Ref. No. or File No.:<br>NESSLER V CHECKMATE.COM | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA | | |
| Plaintiff:  ROBERT NESSLER, an individual<br>Defendant:  CHECKMATE,COM INC., a Delaware Corporation, et al. | | |

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:26-cv-00767-MEMF-ASx |
|---|---|---|---|---|

1.  *I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.*

2.  I served copies of the Summons in a Civil Action; First Amended Complaint; Exhibits A & B; Civil Cover Sheet; Order Re Transfer (Related Cases)

3.  By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
    a. Date of Mailing: Wed, Apr 1, 2026
    b. Place of Mailing: SANTA ANA, CA 92701
    c. Addressed as follows: VISHAL AGARWAL; an individual
       1113 York Avenue, #36E, New York, NY 10065

4.  *I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Wed, Apr 1, 2026 in the ordinary course of business.*

Recoverable cost Per CCP 1033.5(a)(4)(B)

5. **Person Serving:**
   a. David Ledesma (2891, Orange County)
   b. **FIRST LEGAL**
      600 W. Santa Ana Boulevard, Suite 101
      SANTA ANA, CA 92701
   c. (714) 541-1110

   d. **The Fee** for Service was: $255.81
   e. I am: A Registered California Process Server

6.  **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

_____              _____
*(Date)*                                  *(Signature)*