EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
        :

CHECKMATE.COM, INC.,         :

           Plaintiff,     :

    -against-     :

ARJUN VASAN.,       :

           Defendant.   :
        :
        :
        :
        :

---------------------------------------------------------------X

Case No.  1:25-CV-03181(JMF)

**DECLARATION OF**
**THOMAS A. WARNS**

I, Thomas A. Warns, declare as follows:

1. I am a member in good standing of the Bar of the State of New York, an attorney at the law firm of K&L Gates LLP, and counsel for Plaintiff Checkmate.com, Inc. ("Checkmate"). I submit this declaration in support of Checkmate's Memorandum of Law in Opposition to Defendant's Motion to Dismiss the Amended Complaint.

2. This declaration provides certain documents referenced in Checkmate's Memorandum of Law.

3. Attached hereto as Exhibit A is a true and correct copy of the Voicebite Agreement and Plan of Merger dated April 30, 2024.

4. Attached hereto as Exhibit B is a true and correct copy of the Voicebite Assignment of IP and Other Assets Agreement by and between Voicebite Corporation and Arjun Vasan, dated April 30, 2024.

5. Attached hereto as Exhibit C is a true and correct copy of the Intellectual Property Acknowledgement signed by Arjun Vasan and dated April 30, 2024. As a result of a typographical

error, the document is described as between Christopher Lam and Checkmate.com, Inc., but was in fact digitally signed by Mr. Vasan.

6.    Attached hereto as <u>Exhibit D</u> is a true and correct copy of the Non-Competition Agreement by and between Arjun Vasan and Checkmate.com Inc., dated April 30, 2024.

7.    Attached hereto as <u>Exhibit E</u> is a true and correct copy of an email from Arjun Vasan to myself, copying my K&L Gates LLP colleague Ryan Keech, dated May 28, 2025.

8.    Attached hereto as <u>Exhibit F</u> is a true and correct copy of the Affidavit of Service executed by John Griego and providing proof of service of the original Complaint, Request for Judicial Intervention, and Summons on Defendant Arjun Vasan on March 4, 2025, as notarized on March 6, 2025.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of June, 2025 in New York, New York.


*/s/ Thomas A. Warns*
Thomas A. Warns

2