MANNING CURTIS BRADSHAW
& BEDNAR PLLC
Mitch M. Longson, *Pro Hac Vice*
mlongson@mc2b.com
201 S. Main Street, Suite 750
Salt Lake City, Utah 84111
T. 801.303.0036
F. 801.364.5678

BARRIENTOS PC
J. Alejandro Barrientos, SBN 346676
alejandro@bts.law
145 S. Fairfax Avenue, Suite 200-152
Los Angeles, CA 90036
T. 626.551.4564
F. 626.427.6753

Attorneys for Defendants
Checkmate.com, Inc. and Vishal Agarwal

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT NESSLER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CHECKMATE.COM, INC., a Delaware Corporation; VISHAL AGARWAL; an individual; and DOES 1 through 10, inclusive,<br><br>Defendants.<br><hr>CHECKMATE.COM, INC.<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>ROBERT NESSLER,<br><br>Counterclaim-Defendant. | CASE NO. 2:26-cv-00767-MEMF-AS<br><br>**NOTICE OF ASSOCIATION OF COUNSEL** |

4859-1339-3836.2

PLEASE TAKE NOTICE that Manning Curtis Bradshaw & Bednar PLLC and Barrientos PC attorneys of record for the Defendants Checkmate.com, Inc. and Vishal Agarwal ("Defendants") hereby associates the firm of Ropers Majeski PC as co-counsel for the Defendants.  The office address, telephone number, and email address for Ropers Majeski PC are as follows:

STEPHEN J. ERIGERO
CAMERON M. MILLER
TRACEY J. MILLER
ROPERS MAJESKI PC
801 South Figueroa St, Suite 2100
Los Angeles, CA  90017
Telephone: 213.312.2000
Facsimile:  213.312.2001
Email: alan.hart@ropers.com
cameron.miller@ropers.com
tracey.miller@ropers.com

All future communication regarding this case, including correspondence and pleading should be directed jointly to Ropers Majeski PC, Manning Curtis Bradshaw & Bednar PLLC and Barrientos PC attorneys.

Dated:  _June 22, 2026

MANNING CURTIS BRADSHAW & BEDNAR PLLC

By: /s/ Mitch M. Longson
MITCH M. LONGSON
Attorneys for Defendants
Checkmate.com, Inc. and Vishal Agarwal

Dated:  _June 12, 2026

BARRIENTOS PC

By:/s/ J. Alejandro Barrientos
J. ALEJANDRO BARRIENTOS
Attorneys for Defendants
Checkmate.com, Inc. and Vishal Agarwal

- 2 -

4859-1339-3836.2

**NOTICE OF ASSOCIATION OF COUNSEL
CASE NO. 2:26-cv-00767-MEMF-AS**

Dated:  _June 22, 2026                    ROPERS MAJESKI PC


By: /s/ Tracey J. Miller
    STEPHEN J. ERIGERO
    CAMERON M. MILLER
    TRACEY J. MILLER
    Attorneys for Defendants
    Checkmate.com, Inc. and Vishal
    Agarwal

- 3 -

4859-1339-3836.2

**NOTICE OF ASSOCIATION OF COUNSEL
CASE NO. 2:26-cv-00767-MEMF-AS**