UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No. LA CV 26-00767-MEMF-(ASx) Date: July 16, 2026

Title Robert Nessler v. Checkmate, Inc. et al

Present: The Honorable: Hernán D. Vera, United States District Judge

| Derek Davis | CourtSmart |
| --- | --- |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| --- | --- |
| Grant Joseph Thomas | Ethan Chernin |

**Proceedings: PLAINTIFF'S MOTION TO STRIKE [33]**

The cause is called and counsels state their appearance. The Court invites counsel to respond to the tentative ruling. Following oral argument, the Court advises counsel that the motions will be taken under submission and a written order will issue.

: 11

**Initials of Preparer** NH for DD