LINK 41

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROBERT NESSLER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CHECKMATE, INC., a Delaware Corporation; VISHAL AGARWAL; an individual; DOES 1-10; inclusive.<br><br>Defendants. | **CASE NO.: 2:26-cv-00767-MEMF-AS**<br><br>**~~[PROPOSED~~] ORDER REGARDING WITHDRAWAL OF DEFENDANT CHECKMATE, INC.'S COUNTERCLAIMS** |

**PURSUANT TO THE FOREGOING STIPULATION OF THE PARTIES, AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:**

1. Defendant Checkmate, Inc.'s Counterclaims, asserted in its Amended Answer (ECF No. 28), are deemed WITHDRAWN in their entirety, without prejudice to Defendant's right to file a motion for leave to assert counterclaims.

2. Before filing any motion for leave to assert counterclaims, Defendant shall conduct a full and reasonable investigation into the factual and legal merits of any proposed counterclaims sufficient to satisfy its obligations under Federal Rule of Civil Procedure 11(b).

3. Plaintiff's Motion to Strike and/or to Dismiss Counterclaims (ECF No. 33) is DENIED AS MOOT, without prejudice.

**IT IS SO ORDERED.**

Dated: 08/12/26

HERNAN D. VERA
United States District Judge